UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Charles Fitzgerald,<br><br>      Plaintiff,<br>v.<br><br>Checkr, Inc.,<br><br>      Defendant. | Civil Action No.: 2:19-cv-19479-CCC-MF |

## STIPULATION TO ARBITRATE AND DISMISS WITHOUT PREJUDICE

  Plaintiff Charles Fitzgerald ("Fitzgerald") and Defendant Checkr, Inc. ("Checkr") (collectively, the "Parties") hereby stipulate that they will participate in arbitration, pursuant to the Arbitration Agreement contained in Checkr's Terms of Service to which Fitzgerald agreed, to resolve any outstanding claims in this matter.

  Since any remaining claims in this matter will be resolved in arbitration, the Parties also hereby stipulate that this action is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: January 21, 2020

Respectfully Submitted

| CHARLES FITZGERALD, | CHECKR, INC. |
|---|---|
| By his attorneys, | By its attorneys, |
| */s/ Spencer H. Kuhner* | */s/ William J. Simmons* |
| Spencer H. Kuhner | William J. Simmons |
| LEMBERG LAW, LLC | LITTLER MENDELSON, P.C. |
| 43 Danbury Road | 1601 Cherry Street, Suite 1400 |
| Wilton, CT 06897 | Philadelphia, PA 19102-1321 |

Tel: (203) 653-2250  
skuhner@lemberglaw.com

Tel: (267) 402-3047  
wsimmons@littler.com

\* \* \*

The Court hereby accepts the parties' stipulation to arbitrate and dismiss without prejudice.

Accordingly, **IT IS** on this 23rd day of March, 2020:

**ORDERED** that the Clerk of the Court shall terminate Defendant's Motion to Compel Arbitration (ECF No. 4); it is further

**ORDERED** that this matter is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

**SO ORDERED.**

Claire C. Cecchi, U.S.D.J.